IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY L. DEVERA, as Personal Representative of the Estate of Trent Vigus, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION and XTA ENERGY, INC.,<br><br>Defendants. | CV 18-59-BLG-TJC<br><br>**ORDER** |

Plaintiff has filed an unopposed motion for counsel to appear by telephone at the Preliminary Pretrial Conference. (Doc. 18.) That motion being unopposed,

IT IS ORDERED that Plaintiffs' motion is **GRANTED**. Counsel shall follow the below steps to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555
3. Press #

DATED this 23rd day of May, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1