W. Scott Mitchell
Hannah E. Tokerud
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana  59103-0639
Telephone:  (406) 252-2166
Fax:  (406) 252-1669
smitchell@hollandhart.com
hetokerud@hollandhart.com

Attorneys for Defendant
XTO Energy Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| MARY L. DEVERA, as Personal Representative of the Estate of Trent Vigus, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION and XTO ENERGY, INC.,<br><br>    Defendants. | CV 18-59-BLG-TJC<br><br>**DEFENDANT XTO ENERGY INC.'S MOTION FOR SUMMARY JUDGMENT** |

Defendant XTO Energy Inc. ("XTO"), by and through its counsel of record, Holland & Hart LLP, pursuant to Fed. R. Civ. P. 56, moves the Court for entry of summary judgment on Plaintiff Mary DeVera's complaint.  Summary judgment is

proper because there is no genuine issue as to any material fact and XTO is entitled to judgment on its seventh affirmative defense (statute of limitations).

This motion is supported by a brief filed concurrently herewith.  Pursuant to Local Rule 7.1, counsel for Defendant XTO has contacted counsel for Plaintiff Mary DeVera, who opposes this motion.

Dated this 31st day of August, 2018.

/s/ W. Scott Mitchell
Holland & Hart LLP

**ATTORNEYS FOR DEFENDANT XTO ENERGY INC.**

11322557_1