W. Scott Mitchell
Hannah E. Tokerud
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana  59103-0639
Telephone:  (406) 252-2166
Fax:  (406) 252-1669
smitchell@hollandhart.com
hetokerud@hollandhart.com

Attorneys for Defendant
Exxon Mobil Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| MARY L. DEVERA, as Personal Representative of the Estate of Trent Vigus, deceased,<br><br>   Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION and XTO ENERGY, INC.,<br><br>   Defendants. | CV 18-59-BLG-TJC<br><br>**DEFENDANT EXXON MOBIL CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendant Exxon Mobil Corporation, by and through its counsel of record, Holland & Hart LLP, pursuant to Rule 12(c), Fed. R. Civ. P., moves the Court for judgment on the pleadings with respect to the Complaint filed by Plaintiff Mary

DeVera. Plaintiff Mary DeVera filed her Complaint on December 21, 2017. Doc. 1. Defendants XTO Energy Inc. and Exxon Mobil Corporation filed Answers on February 15, 2018. Docs. 8-9. The pleadings are now closed, and Exxon Mobil Corporation is entitled to judgment as a matter of law on its sixth defense (that Exxon Mobil Corporation is not a proper party to this action).

This motion is supported by a brief filed concurrently herewith. Pursuant to Local Rule 7.1, counsel for Defendant Exxon Mobil Corporation has contacted counsel for Plaintiff Mary DeVera, who opposes this motion.

Dated this 6th day of September, 2018.

/s/ W. Scott Mitchell
Holland & Hart LLP

**ATTORNEYS FOR DEFENDANT EXXON MOBIL CORPORATION**

11373354_1