W. Scott Mitchell
Hannah E. Tokerud
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana 59103-0639
Telephone: (406) 252-2166
Fax: (406) 252-1669
smitchell@hollandhart.com
hetokerud@hollandhart.com

Attorneys for Defendant
Exxon Mobil Corporation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| MARY L. DEVERA, as Personal Representative of the Estate of Trent Vigus, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION and XTO ENERGY, INC.,<br><br>    Defendants. | CV 18-59-BLG-TJC<br><br>**DEFENDANT EXXON MOBIL CORPORATION'S BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendant Exxon Mobil Corporation ("Exxon Mobil"), by and through its counsel of record, Holland & Hart LLP, hereby files its brief in support of its motion

for judgment on the pleadings.  Exxon Mobil is entitled to judgment as a matter of law.

## I.   FACTUAL BACKGROUND

On December 21, 2017, Plaintiff Mary DeVera, as personal representative of the estate of Trent Vigus, sued XTO Energy, Inc. ("XTO") and its parent, Exxon Mobil, for wrongful death, claiming solely that *XTO* was negligent in its operation of an oil well, equipment, tanks, and operating procedures.  Doc. 1.  XTO and Exxon Mobil filed answers on February 15, 2018.  Docs. 8-9.  The deadline for motions to amend pleadings was August 13, 2018.  Doc. 27 at 1.  Thus, the pleadings are now closed.

Exxon Mobil is listed in the caption of the Complaint but is only mentioned twice in the body of the Complaint.  *See* Doc. 1.  Exxon Mobil is mentioned in paragraph 2, setting forth "The Parties."  Doc. 1, ¶ 2.  There, the Complaint states: "Defendant Exxon Mobil Corporation is a New Jersey Corporation.  Defendant XTO Energy, Inc. is a subsidiary of Defendant Exxon Mobil Corporation."  Doc. 1, ¶ 2.  In its Answer, Exxon Mobil admits that it is a New Jersey Corporation and that XTO is a wholly-owned subsidiary of Exxon Mobil.  Doc. 9, ¶ 2.  Exxon Mobil further stated that it was without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the incident.  Doc. 9, ¶ 10.  All substantive allegations in the Complaint refer solely to XTO.  *See* Doc. 1.

## II.   LEGAL STANDARDS

"After the pleadings are closed, but within such time as not to delay the trial, any party may move for a judgment on the pleadings." Fed. R. Civ. P. 12(c). "Because a Rule 12(c) motion is functionally identical to a Rule 12(b)(6) motion, the same standard of review applies to motions brought under either rule." *Gregg v. Hawaii, Dep't of Pub. Safety*, 870 F.3d 883, 887 (9th Cir. 2017) (quoting *Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1054 n.4 (9th Cir. 2011)) (internal quotation marks omitted).  A judgment on the pleadings should be granted when, "taking all the allegations in the pleadings as true, the moving party is entitled to judgment as a matter of law." *Id.* (quoting *Nelson v. City of Irvine*, 143 F.3d 1196, 1200 (9th Cir. 1998)).

## III.   ARGUMENT

Exxon Mobil is entitled to judgment as a matter of law because taking all allegations in the Complaint as true, no claim is stated against Exxon Mobil. Indeed, as outlined above, Exxon Mobil is first listed in the caption as reproduced on the following page.

> IN THE UNITED STATES DISTRICT COURT
> FOR THE DISTRICT OF MONTANA
> MISSOULA DIVISION
>
> MARY L. DEVERA, as Personal Representative of the Estate of Trent Vigus, deceased,
>
>      Plaintiff,
>
> v.
>
> EXXON MOBIL CORPORATION and XTO ENERGY, INC.,
>
>      Defendants.
>
> Cause No. _____
>
> COMPLAINT AND DEMAND FOR JURY TRIAL

Exxon Mobil is then again referenced twice in paragraph 2:

> 2. Defendant Exxon Mobil Corporation is a New Jersey Corporation. Defendant XTO Energy, Inc., is a subsidiary of Defendant Exxon Mobil Corporation.

Exxon Mobil has admitted that it is a New Jersey Corporation and that XTO is its subsidiary. Doc. 9, ¶ 2. However, these allegations and admissions are not sufficient to state a cause of action against Exxon Mobil. All of the substantive allegations regarding the Plaintiff's causes of action refer solely to Defendant XTO. The deadline for motions to amend pleadings was August 13, 2018. Doc. 27 at 1. The Plaintiff did not seek to amend the Complaint to include additional allegations against Exxon Mobil. Taking the allegations in the pleadings as true, Exxon Mobil is entitled to judgment as a matter of law.

## IV. CONCLUSION

The Plaintiff has failed to state any cause of action as to Exxon Mobil and has merely included Exxon Mobil in the caption of the Complaint and in the list of parties. Exxon Mobil is entitled to judgment on the pleadings as a matter of law.

Dated this 6th day of September, 2018.

/s/ W. Scott Mitchell
Holland & Hart LLP

**ATTORNEYS FOR DEFENDANT
EXXON MOBIL CORPORATION**

## **CERTIFICATE OF COMPLIANCE**

The undersigned, W. Scott Mitchell, certifies that Defendant Exxon Mobil Corporation's Brief in Support of Motion for Judgment on the Pleadings complies with the requirements of Rule 7.1(d)(2).  The lines in this document are double spaced, except for footnotes and quoted and indented material, and the document is proportionately spaced with Times New Roman Font typeface consisting of fourteen characters per inch.  The total word count is 610, excluding caption and certificate of compliance.  The undersigned relies on the word count of the word processing system used to prepare this document.

                                                                    */s/ W. Scott Mitchell*

11373800_2