IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY L. DEVERA, as Personal Representative of the Estate of Trent Vigus, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION and XTA ENERGY, INC.,<br><br>Defendants. | CV 18-59-BLG-TJC<br><br>**ORDER** |

Presently before the Court is Defendant Exxon Mobil Corporation's ("Exxon") motion for judgment on the pleadings. (Doc. 31.) On October 5, 2018, Exxon filed a notice of Plaintiff's non-opposition to the motion. (Doc. 36.) Plaintiff has not responded to the notice. Accordingly,

IT IS ORDERED that Exxon's motion is **GRANTED**, and Exxon is dismissed with prejudice from this action.

DATED this 9th day of May, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1